UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Dunkin' Donuts Franchised,
Restaurants, LLC, et al.,

        Plaintiffs,

v.

Strategic Venture Group, Inc., et al.,

        Defendants.

Civil Action No. 07-1923 (SRC)(MAS)

**AMENDED SCHEDULING ORDER**

This matter having come before the Court during a case management conference, and for good cause shown;

IT IS on this 21st day of May, 2009,

ORDERED THAT:

### I. MOTIONS

1. The briefing schedule for Plaintiff's motion for sanctions is unaltered:

   a. Moving papers shall be filed by **May 26, 2009.**
   b. Opposition papers shall be filed by **June 16, 2009.**
   c. Reply papers shall be filed by **June 23, 3009.**

2. Defendant's request for leave to file a motion to enforce the settlement agreement is GRANTED.

   a. Moving papers shall by filed by **June 5, 2009.**
   b. Opposition papers shall be filed by **June 19, 2009.**
   c. Reply papers shall be filed by **June 26, 2009.**

### II. DISCOVERY

3. All discovery is stayed pending resolution of Plaintiff's motion to enforce the settlement agreement.

4. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

*/s/ Michael A. Shipp*
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**